UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA : INDICTMENT

    - v. - : 20 Cr.

SYED ALI RAZA, :

    Defendant. :

- - - - - - - - - - - - - - - X

**COUNT ONE**
**(Bail Jumping)**

`20 CRIM 207`

The Grand Jury charges:

1. In or about November 2019 and thereafter, in the Southern District of New York and elsewhere, SYED ALI RAZA, the defendant, having been released pursuant to chapter 207 of Title 18, United States Code, knowingly failed to surrender for service ofe sentence pursuant to court order, to wit, while awaiting surrender for service of sentence after conviction in the United States District Court of the Southern District of New York for violations of Title 18, United States Code, Sections 1029(a)(2) and (b)(2) (an offense punishable for a term of imprisonment of five years or more), and Title 18, United States Code, Sections 1028A(a)(1) and (b) (an offense punishable for a term of imprisonment for not more than two years) in Case No. 18 Cr. 398 (VEC), entitled United States of America v. Syed Ali Raza et al., and having been directed by the court to surrender to the Bureau of Prisons or the United States

Marshals Service at 12:00 P.M. on November 15, 2019, in the Southern District of New York, RAZA failed to surrender for service of sentence as ordered by the court.

(Title 18, United States Code, Sections 3146(a)(2) and (b)(1)(A)(ii) and (iii).)

_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

v.

**SYED ALI RAZA,**

Defendant.

---

**INDICTMENT**

20 Cr.

(18 U.S.C. § 3146(a)(2) & (b)(1)(A)(ii) and (iii).)

GEOFFREY S. BERMAN
United States Attorney

*[signature]*
Foreperson

---

Indictment - OTW
3/12/20
*[signature: Diane Gujinn]*

A. J. Kaplan/OTW, 3.12.20