UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

SYED ALI RAza

                                      Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( ) ( )

Defendant __Syed Ali Raza_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

__X__  Initial Appearance Before a Judicial Officer

_____  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_____  Bail/Detention Hearing

_____  Conference Before a Judicial Officer


__/s/Syed Ali Raza_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__Syed Ali Raza_____
Print Defendant's Name

__/s/Mark B. Gombiner_____
Defendant's Counsel's Signature

__Mark B. Gombiner_____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

__09/04/2020_____
Date

_____
JAMES L. COTT
United States Magistrate Judge