UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

        -against-                                                             20-cr-0207 (LAK)

SYED ALI RAZA,

                Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        This case now has been set for jury selection commencing March 3, 2021.  In the event defendant desires to change his plea, the change of plea is referred to the Magistrate Judge.

        SO ORDERED.

Dated:        December 9, 2020

                                                                             Lewis A. Kaplan
                                                              United States District Judge