Case 1:20-cr-00207-LAK   Document 6   Filed 02/10/21   Page 1 of 2


```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
                                       :
UNITED STATES OF AMERICA               :
                                       :    ORDER
        - v. -                         :
                                       :    20 Cr. 207 (LAK)
SYED ALI RAZA,                         :
                                       :
                Defendant.             :
                                       :
- - - - - - - - - - - - - - - - - - - x
```

WHEREAS, defendant SYED ALI RAZA, the defendant, intends to change his not guilty plea to guilty pursuant to a *Pimentel* letter dated February 9, 2021;

WHEREAS, the Honorable Lewis A. Kaplan has referred the change of the defendant's plea hearing to magistrate court;

WHEREAS, the CARES Act and findings made by the Judicial Conference of the United States and Chief Judge Colleen McMahon of the Southern District of New York allow for guilty pleas to be taken by phone or video, subject to certain findings made by the District Judge;

WHEREAS, all proceedings in magistrate court are taking place remotely, either by telephone or by videoconference, because of the ongoing COVID-19 pandemic;

WHEREAS, the defendant is scheduled to go to trial on March 3, 2021; and

WHEREAS, the defendant wishes to accept responsibility and enter a plea of guilty and further delay of a change of plea

proceeding would prevent such a proceeding from taking place prior to trial;

THE COURT HEREBY FINDS that because the defendant has consented to proceeding remotely, and for the reasons set forth in the parties' application dated February 9, 2021, the plea cannot be further delayed without serious harm to the interests of justice.

SO ORDERED.

Dated: New York, New York
February 10, 2021

_____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK