UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
: 
UNITED STATES OF AMERICA :
: [PROPOSED] ORDER
- v. - :
: 20 Cr. 207 (LAK)
SYED ALI RAZA, :
:
Defendant. :
:
:
------------------------------ x

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on February 22, 2021;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated: New York, New York
March 19, 2021

_____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK